DAVIDSON, Judge.

The offense is the possession of whisky, gin, and beer for the purpose of sale in a dry area, with punishment assessed at a fine of $200 and thirty days in jail.

The record contains no statement of facts.

Appellant's objections to the trial court's charge are not subject to the consideration of this court in the absence of a statement of facts.

The judgment is affirmed.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for violation of the liquor law, with a prior conviction for a like offense; the punishment, 30 days in jail and a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Phillip GANT, Appellant,

v.

The STATE of Texas, Appellee.

No. 28020.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

Charles William JONES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28109.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

